UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| HEATHER ANNE W. TAYLOR | ) | ELECTRONICALLY FILED |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 5:23-cv-01247 (FJS/ATB) |
| v. | ) | |
| | ) | |
| HARTFORD LIFE AND ACCIDENT | ) | |
| INSURANCE COMPANY | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

# STIPULATION OF DISMISSAL PURSUANT TO RULE 41

Plaintiff and Defendant by their undersigned counsel, who are duly authorized to enter this Stipulation, hereby agree pursuant to Federal Rule of Civil Procedure 41, to dismiss with prejudice all claims asserted by Plaintiff, each party to bear its own costs and fees.

February 1, 2024

*/s/ Howard D. Olinsky*
Howard D. Olinsky (Bar Roll # 865591)
OLINSKY LAW GROUP
250 S. Clinton St., Ste. 210
Syracuse, NY 13202
(315) 701-5780
holinsky@windisability.com

***Attorneys for Plaintiff***

*/s/ Brian P. Downey*
Brian P. Downey (Bar Roll No. 516126)
TROUTMAN PEPPER HAMILTON SANDERS LLP
100 Market Street, Suite 200
P.O. Box 1181
Harrisburg, PA 17108-1181
(717) 255-1155
brian.downey@troutman.com

***Attorney for Defendant Hartford Life and Accident Insurance Company***

IT IS SO ORDERED.

_____
Frederick J. Scullin, Jr.
Senior United States District Judge

Date: February 7, 2024

168264216v1